UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

JAY GOLDSTEIN, a/k/a "Yaakov"

Hon. Douglas E. Arpert

Criminal No. 13-2550-4 (DEA)

ORDER MODIFYING
CONDITIONS OF RELEASE

This matter having come before the Court upon the application of the defendant JAY GOLDSTEIN, by his attorney Aidan P. O'Connor, Esq., for an order modifying the conditions of his release pursuant to Title 18 United States Code, Sections 3141, 3142(c) and 3143: 1) to change the status of defendant JAY GOLDSTEIN's release from home incarceration to home detention; 2) to permit defendant JAY GOLDSTEIN to attend additional religious services; and 3) to permit defendant JAY GOLDSTEIN to have contact with his sons and co-defendants Moshe Goldstein and Avroham Goldstein; and the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey, (R. Joseph Gribko, Assistant U.S. Attorney, appearing), having no objection to such modifications, the United States Pretrial Services Agency having no objection to such modifications; and counsel for co-defendants Moshe Goldstein and Avroham Goldstein having consented to these modifications; and the Court being satisfied that the following modifications of the release conditions will reasonably assure the appearance of defendant JAY GOLDSTEIN as required and will not endanger the safety of any other person and the community; and for good and sufficient cause shown;

WHEREFORE, it is on this 23rd day of January, 2014,

ORDERED that the conditions of release imposed upon defendant JAY GOLDSTEIN are modified in the following respects:

1. Defendant JAY GOLDSTEIN's release status is changed from home incarceration to home detention;

2. Defendant JAY GOLDSTEIN is permitted to attend evening services Sunday through Thursday, inclusive, at Congregation Bais Yisroel of Kensington located at 693 East 7th Street, Brooklyn, New York and afternoon services Sunday through Thursday, inclusive, at Congregation Tomchei Torah, located at 452 East 9th Street, Brooklyn, New York; and

3. Defendant JAY GOLDSTEIN and his sons, co-defendants MOSHE GOLDSTEIN and AVROHAM GOLDSTEIN, are permitted to have contact with one another.

_____
HON. DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE

SEEN AND AGREED:

By: _____  Dated: January 15, 2014
R. Joseph Gribko, Assistant U.S. Attorney
United States Attorney's Office for the District of New Jersey

By: _____  Dated: January 15, 2014
Aidan P. O'Connor, Esq.
Pashman Stein, P.C.
Attorneys for Defendant Jay Goldstein

By: _____  Dated: January 21, 2014
Roger L. Stavis, Esq.
Gallet, Dreyer & Berkey, LLP
Attorneys for Defendant Moshe Goldstein

By: _____  Dated: January 20, 2014
Charles E. Waldron, Esq.
Attorney for Defendant Avroham Goldstein

3