UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA　　　　:　　Hon. Douglas E. Arpert

v.　　　　　　　　　　　　　　　　　:

JAY GOLDSTEIN, a/k/a "Yaakov"　　:　　Criminal No. 14-287 (FLW)

　　　　　　　　　　　　　　　　　　:　　ORDER MODIFYING
　　　　　　　　　　　　　　　　　　:　　CONDITIONS OF RELEASE

This matter having come before the Court upon the application of the defendant JAY GOLDSTEIN, by his attorney Aidan P. O'Connor, Esq., for an order modifying the conditions of his release pursuant to Title 18 United States Code, Sections 3141, 3142(c) and 3143, to change the status of defendant JAY GOLDSTEIN's release from home detention to a curfew and the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey, (R. Joseph Gribko, Assistant U.S. Attorney, appearing), not objecting to such modifications, the United States Pretrial Services Agency having no objection to such modifications; and the Court being satisfied that the following modifications of the release conditions will reasonably assure the appearance of defendant JAY GOLDSTEIN as required and will not endanger the safety of any other person and the community; and for good and sufficient cause shown;

WHEREFORE, it is on this 6th day of October, 2014,

ORDERED that the conditions of release imposed upon defendant JAY GOLDSTEIN are modified in the following respects:

1. The conditions of home detention is removed from defendant JAY GOLDSTEIN;

2. Defendant JAY GOLDSTEIN is placed on a night curfew from 11:30 p.m. to 7:00 am. with electronic monitoring;

3. Defendant JAY GOLDSTEIN is authorized to travel to New Jersey and within the Southern and Eastern District of New York; and

4. All other bail conditions shall remain in full force and effect.

_____
HON. DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE